## Ricky COX, Plaintiff–Appellant,

v.

## Kathleen Hawk SAWYER, Bureau of Prisons Director; Mickey Ray, Warden; Warden Dove; Yates, Associate Warden; Cartier, Head Chaplain, Defendants–Appellees.

### No. 02–6391.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Ricky Cox, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ricky Cox appeals the district court's order denying relief on his action filed under *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Cox v. Sawyer*, No. CA–00–3588–9–19–BG (D.S.C. filed Feb. 15, 2002 & entered Feb. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*